# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ELATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INLAND PUBLISHING, INC. INLAND<br><br>Defendant. | Case No.: 2:20-cv-06871-SVW-SK<br><br>*Assigned to Hon. Stephen V. Wilson*<br><br>[PROPOSED] ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)(1) |

Having considered the parties' stipulation to dismiss this action pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice as to Plaintiff Michael Elatt's claims and without prejudice as to the claims of the putative class; and

2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: January 4, 2021

_____
Hon. Stephen V. Wilson
U.S. District Court Judge